FILED
APR 20 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

*Qing Song*

    Defendant,
_____/

No. CR 09-0324 CRB

INITIAL ORDER FOR
REIMBURSEMENT OF COST OF
COURT-APPOINTED COUNSEL

    *Qing Song*_____, is a defendant in this criminal matter. The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant has sufficient assets to make partial payment for the representation.

    It is therefore ORDERED that defendant shall reimburse the United States District Court for the Northern District of California for the cost of court-appointed counsel as set forth herein.

1   It is further ORDERED that defendant shall pay an initial
2   assessment of $ _500.00_. An additional assessment may be made at
3   the conclusion of the case. The initial assessment shall be
4   paid as follows:
5   ☑ 1. In a lump sum for the entire initial assessment
6       no later than _June 1, 2009_.
7   ☐ 2. The entire initial assessment in _____ equal
8       installments.
9   ☐ 3. In monthly payments of $_____ until the entire
10      initial assessment has been reimbursed.
11  ☑ 4. Other _$200 a month thereafter_
12      _with a hearing after the disposition_
13      _to determine whether any of the_
14      _adjustments are appropriate_

16  IT IS SO ORDERED.

18  DATED: 20 Apr 09

                                    UNITED STATES MAGISTRATE JUDGE

G:\BZALL\FORMS\FEES2NSI.WPD